E-FILED
Wednesday, 21 October, 2026 11:47:56 AM
Clerk, U.S. District Court, ILCD

**OFFICE OF THE STATE'S ATTORNEY**
**CRIMINAL DIVISION**
**Rock Island County, Illinois**
**Fourteenth Judicial Circuit**
**Dora A. Villarreal, State's Attorney**

**1317 3rd Avenue, 2nd Floor**
**Rock Island, IL 61201**
**Phone: (309) 558-3250**
**Fax: (309) 786-5052**
**Website: www.rockislandcounty.org**

---

June 24, 2026

Rock Island City Police Department
1212 5th Avenue
Rock Island, IL 61201

**Re:** Wilson, Reagan M.
**Case No:** 2025-CF-001025
**Agency No:** RI25-04335

**Charge(s)**
Count 1: Aggravated Battery a Class 3 Felony

Dear Rock Island City Police Department,

This office would like to express our appreciation for the help and cooperation you gave us in presenting the above captioned case.

On June 18, 2026 the case resulted in the following actions:

Count 1: Plea Guilty Confinement to Stayed Jail Sentence for a period of and 180 days .
Probation for a period of, 24 months

Should you have any further questions regarding this matter, please feel free to contact our office.

Sincerely,

Grant A. Grimes
Assistant State's Attorney

GAG kjc


Viewed by franks.matthew@rigov.org
(rockislandpdil.evidence.com) on 14
October, 2026 UTC


CASE #
PHOTO
TAKEN B
SIRCHIE
iewed by franks.matthew@rigov.org
rockislandpdil.evidence.com) on 14
ctober, 2026 UTC


iewed by franks.matthew@rigov.org
rockislandpdil.evidence.com) on 14
October, 2026 UTC


Viewed by franks.matthew@rigov.org
(rockislandpdil.evidence.com) on 14
October, 2026 UTC


Viewed by franks.matthew@rigov.org
(rockislandpdil.evidence.com) on 14
October, 2026 UTC


iewed by franks.matthew@rigov.org
ockislandpdil.evidence.com) on 14
ctober, 2026 UTC


iewed by franks.matthew@rigov.org
rockislandpdil.evidence.com) on 14
October, 2026 UTC


iewed by franks.matthew@rigov.org
rockislandpdil.evidence.com) on 14
October, 2026 UTC


Viewed by franks.matthew@rigov.org (rockislandpdil.evidence.com) on 14 October, 2026 UTC


Viewed by franks.matthew@rigov.org
(rockislandpdil.evidence.com) on 14
October, 2026 UTC


Viewed by franks.matthew@rigov.org
(rockislandpdil.evidence.com) on 14
October, 2026 UTC