E-FILED
Friday, 23 October, 2026 12:38:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ELIJAH HERGERT, | ) | |
| Plaintiff, | ) | Law No. 4:26-cv-04237-SLD-RLH |
| vs. | ) | |
| AUGUSTANA COLLEGE, | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S RESPONSE TO PLAINTIFF'S</u>**
**<u>MOTION FOR PROTECTIVE ORDER TO FILE DOC. 19 UNDER SEAL</u>**

Defendant Augustana College ("Augustana"), through its attorneys Lane & Waterman LLP, states as follows for its Response to Plaintiff's Motion for Protective Order to File Doc. 19 Under Seal:

1. Plaintiff's Motion asks the Court to allow him to file certain photographs submitted as ECF No. 19 under seal. (ECF No. 20). The photographs were attached to ECF No. 17, which is entitled Notice of Filing Supplemental Exhibits. It appears that Plaintiff is attempting to amend his Amended Complaint by adding these exhibits, although no Motion for Leave to Amend has been filed. The Motion should be denied on that basis alone and the exhibits referenced in ECF No. 17 should not be considered by the Court.

2. Moreover, the exhibits are wholly irrelevant to the legal issues raised by Augustana's Motion to Dismiss if Plaintiff is seeking to file them for that purpose, which is another basis for the Court to deny the Motion and not consider the exhibits.

3. If Plaintiff is allowed to file these irrelevant exhibits, Augustana does not take a position regarding whether the exhibit should be filed under seal. Augustana would merely note that Local Rule 5.10 applies and requires a motion to file under seal to "include an explanation of how the documents meet the legal standards for filing under seal." L.R. 5.10(A)(2). Plaintiff's Motion has neither set forth the legal standards for such a filing or included an explanation of how he has met those standards.

Dated: October 23, 2026

LANE & WATERMAN LLP

By: */s/ Jason J. O'Rourke*
Jason J. O'Rourke ARDC 6257604
Jenny L. Juehring ARDC 6351617
220 North Main Street, Suite 600
Davenport, IA 52801-1987
Phone: (563) 324-3246
Fax: (563) 324-1616
Email: jorourke@l-wlaw.com
jjuehring@l-wlaw.com

**ATTORNEYS FOR DEFENDANT AUGUSTANA COLLEGE**

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing instrument with the Clerk of Court using the E-Filing System which will provide notification of such filing to all counsel of record. In addition, I certify that I have served Plaintiff via regular U.S. Mail on October 23, 2026, to the following address:

Elijah Hergert
1110 35th Street
Rock Island, IL 61201

*/s/ Jason J. O'Rourke*
Jason J. O'Rourke